No. 01–8548. ALVES v. MATESANZ, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 01–8590. PEREA v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–8648. FISH v. MURPHY, CLERK, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–8653. JOHNSON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 01–8691. PAUL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8697. GONZALEZ-BUSTAMANTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8719. ZARRILLI v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–8723. HENDERSON v. COLLINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–8744. SERAFIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8745. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8749. OLIVARES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8750. PETERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8751. BRICE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8756. CLARK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.